IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CARTHAGE AMBULANCE SERVICE, INC.**                                **PLAINTIFF**

**VS.**                                                      **No. 3:06CV491-HTW-LRA**

**FORD MOTOR COMPANY**                                            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendant with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED this the 30th day of March, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ L. Abraham Rowe, Jr._____
L. ABRAHAM ROWE, JR.
ATTORNEY FOR PLAINTIFF

/s/ Richard M. Dye_____
RICHARD M. DYE
ATTORNEY FOR DEFENDANT

Jackson 1979479v.1